# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CASSANDRA F. BROWN                                                                                          PLAINTIFF

v.                                          NO. 5:11CV00067 JLH

DREW FOAM COMPANIES, INC.                                                                        DEFENDANT

## ORDER

Cassandra F. Brown has filed a motion to extend time in which she requests an extension of the discovery deadline. The Court previously ordered production of documents and answers to interrogatories, the response to which are due on or about November 5, 2011. Brown's motion states that she needs those answers and documents to depose Drew Foam's management. She says that the extension of time will necessitate an extension of all of the dates in the scheduling order. Drew foam has responded and stated that it does not object to extension of the discovery deadline, provided the trial is continued and all of the other deadlines are extended.

For good cause shown, the motion for extension of the discovery deadline is granted. Document #19. The time within which discovery must be concluded is extended up to and including November 18, 2011. While the parties seem to agree that that extension will necessitate an extension of the other deadlines and perhaps a continuance of the trial, the Court does not see why the other deadlines in the scheduling order need to be extended nor the trial continued based on this short extension of the discovery deadline. Therefore, the other deadlines will remain in place, as will the trial date.

IT IS SO ORDERED this 11th day of October, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE