**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CASSANDRA F. BROWN**                                                          **PLAINTIFF**

**VS.**                       **NO. 5:11-cv-067JLH**

**DREW FOAM COMPANIES, INC.**                                       **DEFENDANT**

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

Based on the reasons set forth in the parties' Joint Motion to Dismiss with Prejudice, the Motion is hereby granted and the Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 28th day of November, 2011.

*/s/ J. Leon Holmes*
_____
HONORABLE J. LEON HOLMES
UNITED STATES DISTRICT JUDGE